USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND; TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY ANNUITY FUND; DISTRICT COUNCIL NO. 9 INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES AFL-CIO,

       Petitioners,

  v.

SPEEDO CORP.

       Respondent.

No. 21-CV-3705 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  This case has been assigned to me for all purposes. On April 26, 2021 Petitioners filed a complaint seeking confirmation of an arbitration award. Petitioners have not yet docketed an affidavit of service.

  In this Circuit, confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby:

  ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition for confirmation by May 14, 2021. Such materials shall include, at minimum, (1) a certified copy of the arbitral award and (2) sworn or certified copies of the underlying contracts at issue. Respondent's opposition, if any, is due on June 11, 2021. Petitioners' reply, if any, is due on June 25, 2021.

Petitioners shall serve a copy of this Order on Respondent, and file proof of such service on the docket.

SO ORDERED.

Dated:   April 30, 2021
         New York, New York

_____
Ronnie Abrams
United States District Judge