UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE DISTRICT COUNCIL
NO. 9 PAINTING INDUSTRY INSURANCE
FUND; TRUSTEES OF THE DISTRICT
COUNCIL NO. 9 PAINTING INDUSTRY
ANNUITY FUND; and DISTRICT COUNCIL
NO. 9 INTERNATIONAL UNION OF PAINTERS
AND ALLIED TRADES, A.F.L.-C.I.O.,

                    Plaintiffs,

-against-

SPEEDO CORP. a/k/a SPEEDO CORPORATION,

                    Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/2022

21 CIVIL 3705 (RA)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 1, 2022, the petition to confirm the arbitration award is granted. Judgment is entered against Respondent in the amounts of $150 in wages on behalf of Gilberto Tavarez, $51.73 in benefits on behalf of Gilberto Tavarez, and $16,766.92 in fines to the Joint Board of the Painting and Decorating Industry. Judgment is also entered in favor of Petitioners and against Respondent in the amount of $2,538 in attorney's fees and $547 in costs; accordingly, the case is closed.

**Dated:** New York, New York

       April 25, 2022

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                             **BY:**

                                                   **Deputy Clerk**